UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-mj-10** |
| v. | * | **SECTION: MAG** |
| **JORDY ROBERTSON** | * | |
| | * * * | |

## ORDER

Considering the foregoing and the reasons contained therein, and upon a finding that the requested period of delay is excludable under the Speedy Trial Act, the motion of the United States of America is **GRANTED**.

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that, because the parties are engaging in ongoing negotiations in an attempt to resolve this matter promptly without the need for a trial or presentation to a grand jury, the ends of justice served by granting the requested extension of time in which an indictment or information must be filed outweigh the best interest of the public and the defendant.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant the requested continuance in this case would likely make a continuation of this proceeding impossible or could result in a miscarriage of justice.

**IT IS HEREBY ORDERED** that the time to indict or file an information be continued until April 11, 2019, and that requested period of delay is excludable under the Speedy Trial Act.

New Orleans, Louisiana, this 11 day of March 2019.

_____
HONORABLE MICHAEL NORTH
UNITED STATES MAGISTRATE JUDGE